## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Lone Fonss Schroder

                Plaintiff,

v.                                    Case No.: 1:17–cv–06119
                                    Honorable Amy J. St. Eve

Mark E. Teufel

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/24/2018 and continued to 7/23/2018 at 08:30 AM. Stay remains in place. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.