## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LONE FONSS SCHRODER, | ) |
| Plaintiff, | ) |
| | ) No. 17-cv-06119 |
| v. | ) |
| | ) Hon. Amy J. St. Eve |
| MARK TEUFEL, | ) |
| Defendant. | ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **8th day of May, 2018, at 8:30 a.m.**, the undersigned shall appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present **Motion for Substitution of Counsel**, a copy of which is hereby served upon you.

Dated: April 19, 2012

Respectfully submitted,

**MARK TEUFEL**

By: /s/ Christine E. Skoczylas
　　*One of His Attorneys*

William M. McErlean (#3122871)
Christine E. Skoczylas (#6293811)
BARNES & THORNBURG, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
tel: (312) 357-1313
fax: (312) 759-5646
william.mcerlean@btlaw.com
christine.skoczylas@btlaw.com

*Attorneys for Defendant Mark Teufel*

## **CERTIFICATE OF SERVICE**

    I, Christine E. Skoczylas, an attorney, certify that a copy of **Motion for Substitution of Counsel** was served via the Court's ECF system on all counsel of record on this 19th day of April, 2018.

    */s/Christine E. Skoczylas*