**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LONE FØNSS SCHRØDER, | ) |
| | ) |
| Plaintiff, | ) Case No. 17 C 6119 |
| | ) |
| v. | ) Hon. Charles B. Kocoras |
| | ) |
| MARK TEUFEL, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lone Fønss Schrøder, by and through her attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

DATE: June 19, 2018

Respectfully submitted,

LONE FØNSS SCHRØDER

By: /s/ Andrew G. May
    One of Her Attorneys

Jonathan S. Quinn
Andrew G. May
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle Street
Chicago, Illinois 60602
jquinn@nge.com
amay@nge.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2018, I electronically filed the foregoing **Notice of Voluntary Dismissal Without Prejudice** with the Clerk of Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

                                                                          /s/ Andrew G. May